# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JOHAN JOSE MORALES VARGAS,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY; MARK WAYNE MULLIN, HIS OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; AND TODD BLANCHE, IN HIS OFFICIAL AS ACTING ATTORNEY GENERAL OF THE UNITED STATES,**<br><br>***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-02223-LS** |

**<u>ORDER FOR SERVICE</u>**

Petitioner Johan Jose Morales Vargas seeks a writ of habeas corpus under 28 U.S.C. § 2241.[1] The petition raises issues which requires Respondents to show cause why the Court should not grant the relief Petitioner seeks.[2] Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western

---

[1] ECF No. 1.

[2] *See* 28 U.S.C. § 2243.

District of Texas. Respondents shall show cause by **September 8, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.[3]

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 31, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").